Carolin Isabelle Hauser
2675 W. State Route 89A #1111
Sedona, Arizona 86336
Email: carolin@carolinhauser.com
Phone: 928-821-5908

```
☑ FILED          ___ LODGED
___ RECEIVED      ___ COPY

      AUG 0 6 2021

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.

Carolin Isabelle Hauser,  )
    Plaintiff  )      CV-20-8138-PCTPJAT (JFM)
    -vs-  )
Elijah M. Smith, et al.,  )    **STATEMENT OF FACTS IN**
    Defendants.  )    **SUPPORT OF PLAINTIFF'S**
    )    **NOTICE AND MOTION FOR**
    )    **SUMMARY JUDGMENT.**
_____ )

**Declared Witnessed Testimony Of Carolin Isabelle Hauser.**

**Statement of Facts In Support of Plaintiff's**

**Notice and Motion For Summary Judgment.**

**To James A. Teilborg - Senior District Judge, James F. Metcalf - Magistrate Judge, Johnnie B. Rawlinson - Circuit Judge, Consuelo Maria Callahan - Circuit Judge, and Lawrence James Christopher Vandyke - Circuit Judge**
**By Asseveration.**

Date:  August 6, 2021

To:    James A. Teilborg
       **SENIOR UNITED STATES DISTRICT JUDGE**
       CLERK, UNITED STATES DISTRICT COURT
       401 W. Washington, Street, SPC -1,
       Phoenix, Arizona 85003-2118

To:    James F. Metcalf
       **UNITED STATES MAGISTRATE JUDGE**
       CLERK, UNITED STATES DISTRICT COURT
       401 W. Washington, Street, SPC -1,
       Phoenix, Arizona 85003-2118

To:   Johnnie B. Rawlinson, Circuit Judge
      **UNITED STATES COURT OF APPEALS**
      Molly C. Dwyer, CLERK, U.S. COURT OF APPEALS
      95 7th Street,
      San Francisco, California 94103
      (415) 355-8000

To:   Consuelo Maria Callahan, Circuit Judge
      **UNITED STATES COURT OF APPEALS**
      Molly C. Dwyer, CLERK, U.S. COURT OF APPEALS
      95 7th Street,
      San Francisco, California 94103
      (415) 355-8000

To:   Lawrence James Christopher Vandyke, Circuit Judge
      **UNITED STATES COURT OF APPEALS**
      Molly C. Dwyer, CLERK, U.S. COURT OF APPEALS
      95 7th Street,
      San Francisco, California 94103
      (415) 355-8000

To:   Lisa T. Hauser (#006985)
      **Law Offices of BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
      2325 East Camelback Road, Suite 300
      Phoenix, Arizona 85016
      (602) 274-1100
      (lhauser@bffb.com

To:   **The United Nations** (The U.N.),
      Antonio Guiterres, Secretary-General
      405 E. 42nd St., 1st Avenue,
      New York City, New York 10017-3507

To:   **The International Monetary Fund** (The Fund),
      Janet L. Yellen, Secretary of the Treasury, and/or The alien corporate Governor
      of The Fund and/or Governor of The Bank (The International Bank For
      Reconstruction And Development)
      700 19th Street, N.W.,
      Washington, D.C. 20431
      Phone: 202–623–7000
      Fax: 202–623–4661

---

To:   The **International Bank For Reconstruction
      And Development (The Bank),**
      David R. Malpass
      President of The World Bank Group
      1818 H Street, NW
      Washington, DC 20433 USA
      Phone: 202–473–1000
      Fax: 202–477–6391

To:   INTERPOL Washington
      Michael A. Hughes, Director
      U.S. National Central Bureau
      Department of Justice
      Washington, DC 20530-0001

      **Forward to:**        **Interpol,**
                             **jürgen:stock,**
                             Interpol Secretary General
                             200, quai Charles de Gaulle
                             Lyon, France  69006
                             Fax: +33 (0)4 72 44 71 63

To:   Executive Office for United States Attorney General
      **United States Department of Justice**
      Merrick B. Garland  - United States Attorney General
      950 Pennsylvania Avenue, NW, Room 2242
      Washington, DC 20530-0001

To:   **The American Bar Association**; a Corporation, et. al.
      321 North Clark Street
      Chicago, Illinois 60610
      Phone: 312-988-5000
      Fax: 312-988-5677

To:   Commandant of the Marine Corps
      **General David H. Berger**
      Headquarters, US Marine Corps
      3000 Marine Corps, Pentagon
      Washington, DC 20350-3000
      Phone: 703-614-2500

To:      Steven Lee McMillan
         2675 State Route 89A, #1111
         Sedona, Arizona 86336
         (520) 921-9146
         bringtheworldtome@yahoo.co

From:  Carolin Isabelle Hauser
         2675 W. State Route 89A #111
         Sedona, Arizona 86336
         Email: carolin@carolinhauser.com
         Phone: 928-821-5908

Regarding: Carolin Isabelle Hauser's (hereinafter declarant) Declared Witnessed Testimony and Statement of Facts in Support of Plaintiff's Notice and Motion for Summary Judgment to James A. Teilborg - Senior District Judge, James F. Metcalf - Magistrate Judge, Johnnie B. Rawlinson - Circuit Judge, Consuelo Maria Callahan - Circuit Judge and Lawrence James Christopher Vandyke - Circuit Judge by Asseveration.

*Notice Is Hereby Given* that this Declared Witnessed Testimony, is declared witnessed solemn testimony of Carolin Isabelle Hauser by asseveration.  Asseveration being the proof which Carolin Isabelle Hauser gives of the evidence of what I declare, by appealing to my conscience as a witness. My Declared Witnessed Testimony differs from an oath in this: that by the oath, one appeals to our Creator as a witness of what live humans say and do. The oath invokes our Creator as the avenger of falsehood and perfidy, to punish another if we speak not the truth.  This is commonly known as a "oath of purgation" used in the Dark Ages to slaughter pagans.

*Notice Is Hereby Given* that this *"Declared Witnessed Testimony and Statement of Facts in Support of Plaintiff's Notice and Motion for Summary Judgment "To James A. Teilborg - Senior District Judge, James F. Metcalf - Magistrate Judge, Johnnie B. Rawlinson - Circuit Judge, Consuelo Maria Callahan - Circuit Judge,and Lawrence James Christopher Vandyke - Circuit Judge By Asseveration"* is declared witnessed solemn testimony of Carolin Isabelle Hauser by asseveration.  Know all these presents that declarant, Carolin Isabelle Hauser does state the following:

1. *That* declarant is competent to state to the matters set forth herein.
2. *That* declarant  has personal knowledge of the facts stated herein.
3. *That* all the facts stated herein are true, correct and certain to the best of declarant's knowledge, are admissible as evidence, and if called upon as a witnesses, declarant will testify to their veracity.
4. *That* **declarant does state the following facts:**

---

# I. Statement of Material Facts.

A. **The Parties**

   1. **Plaintiff Carolin Isabelle Hauser.**

B. **Defendants.**

   2. **Karen Calcagno, Jim Lee, and Jackie Brokaw.**

(1) Summary judgment is proper in this case because there is no genuine issue of material fact, and because Carolin Isabelle Hauser is entitled to judgment as a matter of law.

(2) Specifically, this motion is based on the fact that **Karen Calcagno, Jim Lee, and Jackie Brokaw** by and through their agent, Attorney Lisa T. Hauser (#006985), never answered plaintiff's Amended Complaint *(Doc. 33)* ***BEFORE*** they admitted all claims, all allegations in their (Doc. 82) Motion 12(B)(6), Motion to Dismiss, under Rule 12(b)(6).

(3) On **January 14, 2021** defendants' agent, Attorney Lisa T. Hauser (#006985), pursuant to Federal Rules Civil Procedure 12(b)(6), filed defendants' **Karen Calcagno, Jim Lee, and Jackie Brokaw's** Motion to Dismiss (Doc. 82) plaintiff's Amended Complaint (Doc. 33).

(4) *After* filing defendants' Motion to Dismiss (Doc. 82) on **January 14, 2021** the defendants' agent, Attorney Lisa T. Hauser (#006985), never filed an ANSWER TO "PLAINTIFF'S AMENDED COMPLAINT" (Doc. 33).  There has never been a timely responsive pleading, according to:

***Federal Rules of Civil Procedure for the UNITED STATES DISTRICT COURTS. Rule 8. General Rules of Pleading.***

**(b) DEFENSES: FORM OF DENIALS. A party shall state in short and plain terms <u>the party's</u> defenses to <u>each claim asserted</u> <u>and shall admit</u> or <u>deny</u> the <u>averments</u> *[Plaintiff's positive statements of precise facts]* <u>upon which the adverse party relies</u>.**

---

(5) The defendants **Karen Calcagno, Jim Lee, and Jackie Brokaw** *__ADMITTED__* all plaintiff's allegations, claims in the plaintiff's Amended Complaint. Defendants **Karen Calcagno, Jim Lee, and Jackie Brokaw** acknowledged guilt by and through their Attorney. Defendants' agent, Attorney Lisa T. Hauser (#006985), did not answer the complaint to each claim asserted by the Plaintiff according to Federal Rules of Civil Procedure Rule 8(b). General Rules of Pleading ***BEFORE*** filing their *(Doc. 82) Motion 12(B)(6), Motion to Dismiss, under Rule 12(b)(6),* to dismiss plaintiff's Amended Complaint (Doc. 33).

(6) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, acknowledged guilt.

(7) Therefore, there is no need for discovery.

(8) Therefore, there is no need to prove plaintiff's allegations at trial. There is no need for trial except to determine the jury award for damages. The defendants already have admitted the facts to be true voluntarily, by filing their *(Doc. 82) Motion 12(B)(6), Motion to Dismiss, under Rule 12(b)(6),* to dismiss plaintiff's Amended Complaint (Doc. 33).

(9) **On January 14, 2021** defendants' agent, Attorney Lisa T. Hauser (#006985), pursuant to Federal Rules Civil Procedure 12(b)(6), filed defendants' **Karen Calcagno, Jim Lee, and Jackie Brokaw's** Motion to Dismiss (Doc. 82) plaintiff's Amended Complaint (Doc. 33).

(10) **Karen Calcagno, Jim Lee, and Jackie Brokaw** the defendants, admitted that: *After* filing defendants' Motion to Dismiss on **January 14, 2021**, the defendants' agent, Attorney Lisa T. Hauser (#006985), never filed an ANSWER TO PLAINTIFF'S AMENDED COMPLAINT" (Doc. 33). There has never been a timely responsive pleading, according to:

***Federal Rules of Civil Procedure for the UNITED STATES DISTRICT COURTS. Rule 8. General Rules of Pleading.***

**(b) DEFENSES: FORM OF DENIALS. A party shall state in short and plain terms _the party's defenses_ to _each claim asserted_ _and shall admit or deny the averments [Plaintiff's positive statements of precise facts] upon which the adverse party relies._**

(11) **Karen Calcagno, Jim Lee, and Jackie Brokaw,** the defendants, admitted that: The defendants **Karen Calcagno, Jim Lee, and Jackie Brokaw _ADMITTED_** all plaintiff's allegations, claims in the plaintiff's Amended Complaint. Defendants **Karen Calcagno, Jim Lee, and Jackie Brokaw** acknowledged guilt by and through their Attorney. Defendants' agent, Attorney Lisa T. Hauser (#006985), did not answer the complaint to each claim asserted by the Plaintiff according to Federal Rules of Civil Procedure Rule 8(b). General Rules of Pleading _**BEFORE**_ filing their _Motion 12(B)(6), Motion to Dismiss, under Rule 12(b)(6), (Doc. 82),_ to dismiss plaintiff's Amended Complaint _(Doc. 33)._

(12) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendant, admitted that: **Karen Calcagno, Jim Lee, and Jackie Brokaw,** the defendants, acknowledged guilt.

(13) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Therefore, there is no need for discovery.

(14) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Therefore, there is no need to prove plaintiff's allegations at trial. There is no need for trial except to determine the jury award for damages. The defendants already have admitted the facts to be true, voluntarily, by filing their _Motion 12(B)(6), Motion to Dismiss, under Rule 12(b)(6), (Doc. 82),_ to dismiss plaintiff's Amended Complaint _(Doc. 33)._

### There Is No Genuine Dispute of Material Facts.

(15) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: The defendants' acknowledgment of guilt is consistent with the plaintiff's claims in this controversy.

(16) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: **Karen Calcagno, Jim Lee, and Jackie Brokaw,** the defendants, has made admissions that must be used primarily as the method of discovery... this was their pleading device! There is no need for discovery.

(17) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: The defendants, **Karen Calcagno, Jim Lee, and Jackie Brokaw**, by and through his agent Attorney, Lisa T. Hauser (#006985), filed Motion 12(B) (6), Motion to Dismiss (Doc. 82), admitting all the allegations in plaintiff's Amended Complaint *(Doc. 33)* according to:

**Federal Rules of Civil Procedure for the UNITED STATES DISTRICT COURTS. Rule 8. General Rules of Pleading.**

**(d) EFFECT OF FAILURE TO DENY.** Averments *[Plaintiff's positive statements of precise facts]* in a pleading to which a responsive pleading is <u>*required*</u>, other than those as to the amount of damage, <u>*are*</u> <u>*admitted*</u> <u>*when*</u> <u>*not*</u> <u>*denied*</u> in the responsive pleading. Averments in a pleading to which no responsive pleading is required or permitted shall be taken as denied or avoided.

(18) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: **Federal Rules of Civil Procedure, Rule 56 and Local Rules of Civil Procedure 56.1(a)** permits the plaintiff to move for a summary judgment on plaintiff's claims because there are no genuine issues of material facts to be decided.

(19) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Plaintiff's Motion for Summary Judgment is made on the basis of facts established on account of the absence of contrary evidence or presumptions; such establishments of fact are rulings on questions of law as provided in **Federal Rules of Civil Procedure Rule 56(a) and Local Rules of Civil Procedure 56.1(a).**

**Federal Rules of Civil Procedure. Rule 56. Summary Judgment**
(a) MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY
JUDGMENT. A party may move for summary judgment, identifying each
claim or defense—or the part of each claim or defense—on which summary
judgment is sought. *The court **shall** grant summary judgment if the*
*movant shows that there is no genuine dispute as to any material fact and*
*the movant is entitled to judgment as a matter of law.* The court should
state on the record the reasons for granting or denying the motion.

### F.R.Civ.P. 56. Summary Judgment
### LRCiv 56.1

### MOTIONS FOR SUMMARY JUDGMENT

**(a) Separate Statement of Facts.** Any party filing a motion for summary
judgment ***must*** file a statement, separate from the motion and memorandum
of law, setting forth each material fact on which the party relies in support
of the motion. The separate statement should include only those facts that
the Court needs to decide the motion. Other ***undisputed facts*** (such as those
providing background about the action or the parties) may be included in
the memorandum of law, but should not be included in the ***separate***
***statement of facts***. Each material fact in the separate statement ***must*** be set
forth in a separately numbered paragraph and must refer to a specific
admissible portion of the record where the fact finds support (for example,
affidavit, deposition, discovery response, etc.). A failure to submit a
separate statement of facts in this form may constitute grounds for the
denial of the motion.

(20) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted
that: The Declarant alleged that Elijah M. Smith, Taylor Mickle, Christopher
Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown,
Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff
Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey,
Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark
Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw's** acts, intents,
purposes, and known damage and injury are now a matter of Public Record. It
cannot, therefore, be doubted that their acts declared and complained of were

willingly and knowingly committed, nor that their acts committed were and are in criminal violation of the Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum.

### Willful, Wanton & Knowing
### Collusion, Confederation & Conspiracy.

(21)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: The Declarant alleged that Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw** are in facts agents of Foreign Principals and Powers being International Organizations, Corporations, and Associations, within the meaning and intent of the Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum. These Foreign Principals and Powers through their Attorneys, Officers, Employees, Servants, Slaves, Representatives, and Agents, are in collusion, confederation conspired together with the de facto Attorneys, Officers, Employee, Servants, Slaves, Representatives and Agents of the de facto "UNITED STATES" (spelled in all upper case letters), and de facto "STATE OF ARIZONA" (spelled in all upper case letters), who have willfully and wantonly, knowingly, corruptly changed force and violence, "Fundamentally", the form and substance of the American de jure Republican form of Government.

### Despotic Designs For Slavery, Peonage & Involuntary Servitude
### Exhibited By a Willful & Wanton Disregard For Mankind!

(22) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** and these Foreign Principals and Powers and their Agents, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich  are Agents of these Foreign Principals who exhibited a *willful and wanton* disregard for the Rights, Safety, and Property of Declarant and "We The People", who evinced a despotic design to reduce the American people to slavery, peonage and involuntary servitude, under a *fraudulent, tyrannical, seditious foreign oligarchy*, with intent and purpose to institute, erect, form and enforce a *"Dictatorship"* over "We The People", the principal Citizens and our Posterity.

### Debauchery of The De Jure Constitutional Monetary System Has Happened.

**Article I, Section 10** limits the power of the states.
*"No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; **make anything but gold and silver coin a tender in payment of debts**; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility."*

(23) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** and these Foreign Principals and Powers and their Agents, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J.

Toth, Mark Brnovich as their agents and other Agents have completely debauched the de jure Constitutional monetary system, destroyed the Livelihood and Lives of multiple thousands, aided and abetted America's Enemies, declared War upon the American people and our Posterity, destroyed untold families and made homeless children in the middle of winter, afflicted widows and orphans, implemented Foreign laws, in the form of public policies, rules and regulations within the body of the country, incited *insurrection, rebellion, sedition and anarchy* within the de jure society, illegally entered and invaded American's Land, taken false Oaths, entered into Seditious Foreign Constitutions, Agreements, Pactions, Confederations, and Alliances.

### Endangered America's
### Peace, Safety, Welfare, Security & Dignity.

(24) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** and these Foreign Principals and Powers and their Agents, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, their agents and other Agents have under pretense of "emergency", which they themselves created, promoted and furthered, formed a multitude of offices and retained those of alien character and allegiance to perpetrate their *frauds* and to eat out the substance of the good and productive American people of our Land, and have *arbitrarily* dismissed and held mock trials for those who trespassed upon "We The People's" Lives, Liberties, Freedoms, Rights, Properties and Families and endangered America's Peace, Safety, Welfare, Security and Dignity. The damage, injury, harm, and costs have been higher than mere money can repay.

**Usurpation Has Occurred of Delegated Powers**
**& Conditional Authority By "We The People".**

(25)    **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** and these Foreign Principals and Powers and their Agents, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, their agents and other agents have *willfully, and knowingly* done what they were *commanded not to do*, and having usurped and exceeded the delegated Powers as granted by "We The People", have made corrupt and tyrannical use of said express and conditional authority. "We The People" having heretofore appealed to the ordained standard they formed, and having been left wholly in want of *distributive and commutative justice,* and without any plain, speedy or adequate remedy at/in Law to obtain redress of grievance under the supreme Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum; and the acts declared being against the Peace, Dignity and Security of "We The People", as Citizens, Sovereign, Principal, and superior Creditor; "We The People" are, by necessity, forced to take whatever measures the exigencies suggest and prudence justifies, to secure and protect our Lives, Liberties, Freedoms, Rights, Properties, Families, and Happiness.

**Notice of Misprision of Felony.**

(26)    **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: It is, therefore, necessary and imperative to our Lives, Liberty, Freedoms, Rights,   Property and Safety to show cause and issue this *"Notice of*

*Misprision of Felony and Treason",* having reason to believe that the criminal acts declared herein have been and are now being committed by Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw.**

(See: **Title 18, Crimes and Criminal Procedure, United States Code Annotated §§4 and 2382,** and Constitution for the United States of America, Amendments I, IX, X.)

(Also See: **Title 18, Crimes and Criminal Procedure, United States Code Annotated §§2384 & 2385).**

(27) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: It is against the Laws of the Creator, and the Law of the Land and forum to aid, abet, counsel, command, procure the commission of criminal acts or contract with a ***belligerent***.

(See: Hall verses Coppell, 74 U.S. (7 Wall) 244, Ward verses Smith, 74 U.S. (7 Wall) 210).

**The De Facto "STATE OF ARIZONA", In All Upper Case, Is Committing a *Mixed War* Against "We The People."**

(28) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** and these Foreign Principals and Powers and their Agents, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich,

as de facto law enforcement officers under color of office must lose their bonds because they have oppressed this free and independent Citizen of the United States of America. Oppressing, this declarant, to the point of civil rebellion when this free and independent Citizen of the United States of America has attempted to obtain redress of grievances through the Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum (United States constitutional **1st amendment**).

(29)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** and these Foreign Principals and Powers and their Agents, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich have anti social attitudes against the Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum is sanctions by a de facto state, by and through its officials and agents, which deprives "We The People" of all of their remedies by the due process of law and deprives "We The People" of the equal protection of the Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw,** as well as the de facto "STATE OF ARIZONA", spelled in all upper case letters, commits acts of ***mixed war*** against "We The People", and, by their behavior, **Karen Calcagno, Jim Lee, and Jackie Brokaw** and the de facto "STATE OF ARIZONA", spelled in all upper case letters, declares war on all Americans.

This Declarant as well as "We The People" has the right to recognize this act by the publication of a <u>solemn</u> recognition of <u>mixed</u> war. Declarant's declared witnessed testimony has the same force as the Declaration of Independence.  It invokes the Declarant's U.S. constitutional 9th and 10th amendment guarantees of the right to create an effective remedy where otherwise none exists.

Article I, Section 10, limits the power of the states.   *"No State shall,* without the Consent of Congress, lay and Duty of Tonnage, keeps Troops, or Ships of War in time of Peace, *enter into any Agreement or Compact with another State, or with a foreign Power, or <u>engage</u> <u>in</u> <u>War</u>,* unless actually invaded, or in such imminent Danger as will not admit of delay."

### Tampering With Evidence.

(30)   **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** and these Foreign Principals and Powers and their Agents, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich in color of any office nor any judge cannot interfere with, tamper with, or in any way modify testimony without rendering incredible the fact finding fact seeking process in his sacred profession and destroying the fabric of his own occupation, thereby committing professional suicide. Any judge who tampers with declared witnessed testimony, deposition, or affidavit, is a threat to the commercial peace and dignity of the de jure "State of Arizona" (spelled in upper and lower case letters), and of the de jure "United States" (spelled in upper and lower case letters), is in violation of the Supreme Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum, is acting in the nature of a foreign enemy, and is justifiably subject to the penalties of treason; God's speed.

"**Let us contemplate our forefathers, and posterity and resolve to maintain the rights bequeathed to us from the former, for the sake of the latter. The necessity of the times, more than ever, calls for our outmost circumspection, deliberation, fortitude and perseverance. Let us remember that 'if we suffer tamely a lawless attack upon our liberty, we encourage it, and involves others in our doom.' It is a very serious consideration . . . that millions yet unborn may be the miserable shares of the event.**"

Samuel Adams  Speech (1771).

### Misprision of Felony

### Legal Prejudice Through "Selective Prosecutions" in Violation of Misprision of Felony Federal Statutes.

(31)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendant, admitted that: Declarant alleged that similarly, when the citizen files a criminal complaint against de facto public official, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw,** the Attorney prosecutor is expected to protect the public official *[usually an Attorney]* from prosecution for official malfeasance by exercising some mystical doctrine of "selective prosecution" (which is an act of misprision of crime) which is nothing more or less than an excuse for legal prejudice to issue from the prosecutor's office calculated to overthrow the public's legal redress against official malfeasance.

(32)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleges that the de facto "COUNTY OF YAVAPAI" has internal malfeasance and must pursue it's civilian felons including, yet not limited to, Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons,

Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw.** (In other words, this local government shall clean it's own house thoroughly).

(33)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleges that the de facto "COUNTY OF YAVAPAI" rules by force without reason and/or without the consent of "We The People", which it governs by force and violence. Declarant alleges that in this the case it shall be deemed a *criminal de facto government* and its officials, officers, and clerks shall be deemed criminally malfeasant including Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, *Karen Calcagno, Jim Lee, and Jackie Brokaw.*

(34)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: *Criminal acts include acts committed in violation of a citizen's constitutional rights and in violation of guarantees of equal protection of the law (all inalienable perfect rights as well as civil rights guaranteed by the Bill of Rights).*

(35)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that the de facto "COUNTY OF YAVAPAI" through Attorneys behaves with *malice* as well as with *deliberate contempt* and rudeness being anti social towards citizens.

### Regarding Litigation & Prosecution.

(36)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that:

Declarant alleges that all officials, officer and clerks involved in the processes of litigation must obeyed the Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum Constitution of the United States and of the state wherein they are employed, so that: *the citizens involved have receive equal protection under the laws, and the citizens' remedies by the due course of law have been protected and guaranteed.*

(37) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: So that the officials, officers and clerks involved in the processes did not operate the court and/or the judicial process as a closed union shop, that is, did not exclude or hinder nonunion lawyers, non-union counsels, non-union para-legals, non-union laborers or any other non-union citizens from exercising the equal profession, the equal practice, the equal performance, the equal perfection and the equal protection of the Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum.

(38) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendant, admitted that: *So that the officials, officers and clerks involved in the processes did not act in concord, (agreement) union or conspiracy to interfere with or minimize the citizens' creative access to discovery, evidence, counsel and/or remedy by the due process of the law.*

### Violations of Service of Legal Process.

(39) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that no party to the case, nor the court, has been allowed to use the U.S. mail to "serve" papers, which are required by Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum to be "served," not "sent." A U.S. postal carrier is not employed and bonded as a witness, hence is not a lawful legal process server.

### Criminal Malpractice (malfeasance)
### Judge Acting in *Insurrection & Rebellion Against the U.S. Constitution.*

(40)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Article I, Section 10, limits the power of the states, **Constitution for the United States of America, 1787,** Article I, Section 10, Clause 1.

"No State shall enter into any Treaty, Alliance, or Confederation; *grant Letters of Marque and Reprisal*; *coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.*"

(41)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: No state, without approval from Congress, may collect taxes on imports or exports, build an army or keep warships in times of peace, nor otherwise engage in war unless invaded or in imminent danger.

### Impairing the Obligations of Contracts, Due Process & The Equal Protection of Laws.

(42)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw** must lose their bonding, shall not be bonded, and shall be deemed un-bondable.

(43)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw** have failed to

protect the United States national constitutional guaranteed remedies of *due process* and the *equal protection of the* Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum of this free and independent Citizen of the United States of America appearing in YAVAPAI COUNTY'S "VERDE VALLEY JUSTICE COURT" in which some of the defendant's work.

### Criminal Malpractice [Malfeasance]

(44)   **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw** *are acting in insurrection and rebellion against the United States Constitution,* further that the Judge William N. Lundy and Joan S. Dwyer show no signs of amending their ways by correcting their court procedures. Declarant intends to request a court order filing of a Notice of Criminal Malpractice [malfeasance] with the District Court of the United States court administrator, and with the bonding company in person, by fax, or by telephone to immediately establish civil damages in this case.

(45)   **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that:
**Title 41 – Arizona Revised Statutes - State Government §41-1231**
Definitions:

19. "Public official" means a person who is duly elected, appointed or retained through election to an elected state, county or local office.

*22. "State employee" means an employee of the legislature, a university under the jurisdiction of the Arizona board of regents, the judicial department or a state office, agency, board, commission or council.*

---

23. "State officer" means a person who is duly elected, appointed or retained through election to any state office, or a member of any state board, commission or council, and includes a member of the legislature.

**All Defendant's That Are, Supposedly Officials, Are Setting Under False & Fraudulent Pretenses as An Officer of Arizona De Jure.**

(46)   **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **William N. Lundy and Joan S. Dwyer** are setting under false and fraudulent pretenses as an Officer of Arizona de jure, in the pretended character and capacity of Lawful, Constitutional **Judge**, were in fact and Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum they are acting under doctrines of **"Necessity"** and **"Emergency"** and were not then, **nor are they now  Arizona Judges**.

(See: U.S. verses Will, et al., 66 Limited Edition 2d 392, pages 405 – 407)

(See:  Judges Terry J. Hatter, Jr., et al., verses U.S.A., Case No. 91-5039, U.S. Court of Appeals for the Federal Circuit, Decision, January 16, 1992).

(47)   **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw,** like the **"Receiver"** in bankruptcy, is not an officer or employee of the de jure "State of Arizona" (spelled in upper and lower case letters), they are federal employees.

(See: U.S. verses Cromelin, 177 Federal 2d 275, page 277, 22 United States Code Annotated 286a (d) (1).

(48)   **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw**

**receives their Emolument from** the International Monetary Fund (IMF)/United States Treasury, a Foreign Principal and Power.

(49) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Mark Brnovich** is an Agent of a Foreign Principal, acting in said color of office ***pretended*** character and capacity as Attorney General in Arizona, in violation of **Title 18, Crimes and Criminal Procedure, United States Code Annotated §912**, as an Agent of a Foreign Principal, in violation **of Title 18, Crimes and Criminal Procedure, United States Code Annotated Sections §§219 & 951**, he knew or should have known that no Attorney General can receive or exercise de jure "State of Arizona" (spelled in upper and lower case letters) powers when he is directly or indirectly influenced by other branches of government or their departments.

(See: **U.S. verses Woodly**, 726 Federal 2d 1328).

(50) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, Jackie Brokaw and Mark Brnovich** knew or should have known that the de facto courts and the "VERDE VALLEY JUSTICE COURT" **is not** an Arizona Constitutional court in the de jure sense.

(See: **Cochran et al., verses St. Paul & Tacoma Lumber Company**, 73 Federal Supplement 288).

(51) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, Jackie Brokaw and Mark Brnovich** knew or should have known that all commissioners called judges including **William N. Lundy and Joan S. Dwyer** are mere "Commissioner" setting under purported Treaties and International Agreements and cannot and will not proceed in the mode and manner prescribed by the de jure "State of Arizona's" (spelled in upper and lower case letters) is the ordained and

established Constitution. **Karen Calcagno, Jim Lee, Jackie Brokaw and Mark Brnovich** knew or should have known that the Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum are in full force and effect.

(See: U.S. verses Ferreira, 13 Howard 42).

### Foreign Jurisdictions – Malicious Prosecutions Under Undisclosed Foreign Laws.

(52) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** knew or should have known that all "Commissioners' called judges including William N. Lundy and Joan S. Dwyer are conducting "Malicious Prosecutions" under "Undisclosed Foreign Laws."

(See: **Title 8, Aliens and Nationality, United States Code Annotated §1481** is one of the controlling statutes on expatriation, as is **Title 22, Foreign Relations and Intercourse, United States Code Annotated §§§611, 612, 613 and Title 50, War and National Defense, U.S.C.A. §781.**)

(53) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** are Expatriates who wears the fagget badge of the United Nations and unless a "Carolin Isabelle Hauser", a free and independent Citizen of the United States of America, expatriates and wears the fagget badge of the United Nations Organizations, she must be selectively and continually subjected to fraud, extortion, dispossession, embezzlement, alienation, expropriation and extradited into Foreign Jurisdictions, maliciously prosecuted under undisclosed Foreign Laws, or any number of other injuries, damages and evils, which manifest themselves from the ***arbitrary minds*** of Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy

Garrison, Craig l. Brown, Mary Mallory, William N. Lundy, Joan S. Dwyer, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw** who have forsaken and disavowed their allegiance to the Nation, State and "We The People" according to the Public Law and Public Procedures, in the amendments to the de jure federal constitution, of the Land and Forum.

(See Letter, July 24, 1991, Department of Treasury/Internal Revenue Service, to Jay Depew).

(See A New World Order, Essays on Restructuring The United Nations).

### Seditious Collusion & Covinous Intent to Overthrow & Commit Treason Against The Constitution for the United States of America.

(54)  **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** has ***overthrown and committed treason*** against the duly ordained and established Constitution **for** the United States of America (spelled in upper and lower case letters) as well as the duly ordained and established Constitution for the de jure "State of Arizona" (spelled in upper and lower case letters). **Karen Calcagno, Jim Lee, and Jackie Brokaw** *has willfully, knowingly and wantonly* cause other damages, injuries, and frauds against the Peace, Dignity and Security of "We The People" of the several free, sovereign, independent, Republican States of the Union of States of the United States of America, including but not limited to the de jure Republic of the "State of Arizona" (spelled in upper and lower case letters).

### The De Facto New "STATE OF ARIZONA", In All Upper Case, Has No Authority To Create Administrative Tribunals, That's Tyranny!

(55) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, Jackie Brokaw and Mark Brnovich's** de facto new "STATE OF ARIZONA" (spelled in all upper case letters) has not been delegated any authority to prosecute as the Attorney General in any Administrative Tribunals by the Constitution FOR the de jure "State of Arizona" (spelled in upper and lower case). He has usurped authority and implemented such diverse **Summary Executive Tribunals** to try pretended statutory crimes and enforce executive policy. **Mark Brnovich, Karen Calcagno, Jim Lee, and Jackie Brokaw** have acted under doctrines of "Expediency", "Necessity" and "Emergency" in violation of the Public Law and Public Procedures, in the amendments to the federal constitution, of the Land and Forum.

(See: **Federalist Papers No. 47**).

> *"If the federal government should overpass the just bounds of its authority and make tyrannical use of its powers, the people, whose creature it is, must appeal to the standard they formed, and take such measures to redress the injury done to the Constitution as the exigencies may suggest and prudence justify,"*

(See: **Federalist Papers No. 33**).

(56) **Karen Calcagno, Jim Lee, and Jackie Brokaw**, the defendants, admitted that: Declarant alleged that **Karen Calcagno, Jim Lee, and Jackie Brokaw** have dissolved the de jure governmental structure of the three distinct and separate Departments, the Legislative, the Executive and the Judicial, which have been and are now Hodge-podged and consolidated together under pretense of "necessity" and "emergency", in contravention to the "Separation of Powers Doctrine." The basic principles and concepts of *"Justice"* has been perverted by Elijah M. Smith, Taylor Mickle, Christopher Eller, Rowle P. Simmons, Thomas Thruman, Randy Garrison, Craig l. Brown, Mary Mallory, William N.

Lundy, Scott Mascher, Justin L. McQueary, Jeff Newnum, Brian Hunt, Richard Martin, Shelia Polk, Michael E. Cordrey, Christopher G. Michalsky, James R. Bigbee, Alexander J. Toth, Mark Brnovich, **Karen Calcagno, Jim Lee, and Jackie Brokaw,** of which many are Attorneys licensed by **Karen Calcagno, Jim Lee, and Jackie Brokaw** of the State Bar of Arizona. **Karen Calcagno, Jim Lee, and Jackie Brokaw** and many other defendants who are Attorneys are agents of foreign principals are looking out for "Just Us" not "Justice" for "We The People"!!!

The Constitution of the State of Arizona
Article II. Declaration of Rights.
Rights §25. Bills of attainder; ex post facto laws; impairment of contract obligations
**Section 25. No bill of attainder, ex-post-facto law, or law impairing the obligation of a contract, shall ever be enacted.**

(57) **Karen Calcagno, Jim Lee, and Jackie Brokaw,** the defendants, admitted that: The Plaintiff had set forth above undisputed statements of facts by admitting to all the allegations in Carolin Isabelle Hauser's Amended Complaint (Doc. 33), on November 3, 2020. Based on the foregoing reasons, plaintiff asks the Court to grant and render a Summary Judgment in plaintiff's favor.

**There Is No Genuine Dispute Of Material Facts As To Any of Plaintiff's Claims By Karen Calcagno, Jim Lee, and Jackie Brokaw Nor Any Affirmative Defenses.**

**Entry of the Plaintiff's Proposed Order is In The Public Interest For The Following Reasons:**

**¶1.** On June 3, 2021 Senior United States District Judge, James A. Teilberg granted Karen Calcagno, Jim Lee, and Jackie Brokaw's Motion to Dismiss (Doc. 101.) page 2 line 7. Judge, James A. Teilberg quoted: "**IT IS ORDERED: ...**"(6) Brnovich, Lee, Brokaw, and Calcagno are **dismissed** as Defendants."

**¶2.** For the record, Plaintiff's claims against **Karen Calcagno, Jim Lee, and Jackie**

**Brokaw** meets the basic criteria of viability for being tried before this United States District Court under:  The Federal Rules of Civil Procedure govern civil proceedings in the United States district courts. Their purpose is "to secure the just, speedy, and inexpensive determination of *every action* and proceeding." *Federal Rules of Civil Procedure I. Scope of Rules – One Form of Action. Rule 1. Scope and Purpose of Rules*. The rules were first adopted by order of the Supreme Court on December 20, 1937, transmitted to Congress on January 3, 1938, for approval as public law, which was promulgated by Congress and approved as public law effective September 16, 1938.  The legislative history is known, meaning it must be used in the United States district courts, the designated tribunal.  The basic criteria of viable claims that could be tried and adjudicated were/are cases *"at law"*, cases *"in equity"*, or cases in *"admiralty".*  Cases "at law", "in equity" and "admiralty are within the jurisdiction of the United States district courts, as well as within the jurisdiction of the judge according to the published public law of the land.  The business of the courts, official duties of the judges, was effective and expeditious administration of cases *"at law"*, cases *"in equity"*, or cases in *"admiralty"*.

**¶3.** Plaintiff filed Amended Complaint, (Doc. 33), on November 3, 2020, which involved violations of Federal Law, which told the court, the jurisdiction and the reasons for the complaint being filed.  The written instrument demanded *"at law"* actions in the claims against the defendants **(See Rule 10 Federal Rules of Civil Procedure).  This plaintiff stated the case in clear, concise terms according to Rule 8 and 10 of the Federal Rules of Civil Procedure.** The complaint supposedly was reviewed and forwarded to a United States District Court Judge for his or her consideration. ***This plaintiff's application and complaint was approved.*** The trial court did not dismiss my case because it was frivolous or maliciously, nor that it failed to state claims on which relief could be granted, nor that the defendants were immune from such relief. The trial court Judge reviewed, approved, then instructed the clerk to file stamp into the record plaintiff's civil and criminal allegations.  The Judge knew or should have known that the court had jurisdiction over the civil and

criminal claims.  The Judge allowed this plaintiff to serve all the defendants, never noticing this plaintiff,  that the court did not have jurisdiction over any of this plaintiff's claims.

¶4. There was never a formal written statement, an answer, by the defendants responding to this plaintiff's complaint setting forth any defenses and/or objection to the claims.

¶5. All defendants filed Motions 12(b)(6) Motions to Dismiss, which was their written confession of judgment in Plaintiff's action brought against them.   The defendants admissions proved they had no defense, that they consented to summary judgment being entered against them.

¶6. Again, there was never any filing of an answer by any defendant, ***before*** their admissions in their Motions to Dismiss under Rule 12(b)(6).   For the record, discovery always comes after the filing answers by the defendants.   **See Federal Rules of Civil Procedure TITLE V. DISCLOSURES AND DISCOVERY. There are no Local Rules regarding discovery.**

¶7. Plaintiff's claims are true because the defendants have not presented evidence to the contrary.  This Statement of Facts is plaintiff's claims required by court order which ordered quote: "**IT IS THEREFORE ORDERED:** (On or before **August 6, 2021** the parties must file responses to this Order showing cause why sanctions should not be imposed pursuant to Federal Rules of Civil Procedure 16(f) and 37(f), and why this case should not be dismissed for failure to comply with the Court's orders and failure to prosecute.   (B) The parties have seven days from such response(s) to reply thereto. (C) The Preliminary Scheduling Conference, set of July 28, 2021, is **VACATED**, to be reset by further order." Unquote. **See: Doc. 101, by United States Magistrate Judge James F. Metcalf dated July 27, 2021.**

¶8. The Federal Rules of Civil Procedure promulgate clearly by the jurisdiction of the court, as well as, the judges.   The Federal Rules of Civil Procedure were supposedly amended in 2020;   *however, they were never approved by the Legislature nor promulgated as public law.*

## FEDERAL RULES OF CIVIL PROCEDURE
*(As amended to January 2, 2006)*

### "RULES OF CIVIL PROCEDURE FOR THE UNITED STATES DISTRICT COURTS
I. SCOPE OF RULES—ONE FORM OF ACTION
**Rule 1. Scope and Purpose of Rules**
*These rules govern the procedure in the United States district courts in all suits of a __civil__ nature whether __cognizable__ as cases __at law__ or __in equity__ or __in admiralty__, with the exceptions stated in Rule 81. They shall be __construed__ and __administered__ to secure the just, speedy, and inexpensive __determination__ of __every__ __action__ and __proceeding__."*

## RULES OF CIVIL PROCEDURE
## FOR THE
## UNITED STATES DISTRICT COURTS

*(Effective September 16, 1938, as amended to December 1, 2020 )*

"TITLE I. SCOPE OF RULES; FORM OF ACTION

**Rule 1. Scope and Purpose.**

These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. *They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of __every__ __action__ and proceeding.*

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Feb. 28, 1966, eff. July 1, 1966; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 30, 2007, eff. Dec. 1, 2007; Apr. 29, 2015, eff. Dec. 1, 2015.)

**Rule 2. One Form of Action.** There is one form of action—the civil action. (As amended Apr. 30, 2007, effective Dec. 1, 2007.)"

¶9. For the record, defendants **Karen Calcagno, Jim Lee, and Jackie Brokaw** admitted all of this Plaintiff's claims.   The United States District Court and the District Court of the United States are two very different things having different names and different characters.   *This plaintiff demands a Summary Judgment against defendants Karen Calcagno, Jim Lee, and Jackie Brokaw by this court.*

¶10. If this court denies plaintiff's Motion for Summary Judgment then this court is

put on notice that plaintiff demands a Court Order directed to Merrick B. Garland the Attorney General of the United States to prosecute this criminal case, which will prove that:

> *All defendant's work for an international tribunal, which is obvious according to public law. The evidence is under the original agreement with the United Nations, and that's where all these defendants are operating... That's who they work for. They have nothing to do with the de jure "State of Arizona", nor the de jure "United States of America" according to the law of land.*

¶11. This plaintiff intends to bring an At Law Action under the laws of the United States. The District Courts of the United States have original jurisdiction over any such action according to United States Code Title 22 – Foreign Relations and Intercourse **§284f. Jurisdiction and venue of actions.**

¶12. For the Record, the plaintiff will file an At Law Action against the principals, the International Monetary Fund (IMF), and the International Bank for Reconstruction and Development (The World Bank). All the defendants in this civil and criminal case, are agents of the IMF and The World Bank, including Mark Brnovich. The Secretary of the Treasury of the IMF and The Bank, currently is Janet L. Yellen. Jurisdiction and venue of the action is **United States Code Title 22 – Foreign Relations and Intercourse §286g. Jurisdiction and venue of actions.**

¶13. Plaintiff understands that the Roman Civil Law and Civil Rules of Procedure DO NOT GET ALONG WITH THE COMMON LAW! They are adverse to each other. All defendants have admitted to plaintiff's claims in this case, in this "UNITED STATES DISTRICT COURT", as a matter of due process of law. This plaintiff further understands that the "District Court of the United States" is under the common law. **Plaintiff demands a Court At Law... These defendants are criminals.**

¶14. The Plaintiff admits that "one form of action" is an administrative agency action. An administrative tribunal called "THE UNITED STATES DISTRICT

COURT", is distinguished different from the "judicial forum" styled the "District Court of the United States" under the common law. The District Courts of the United States being a "Judicial Forum", a court at law, with due process and equal protection under the Bill of Rights, which are the procedural laws for at law actions, which are for crimes.

> Under the Rules of Civil Procedure (applicable in the federal and most state courts) there is now only one form of action known as a "civil action". Federal Rules Civil Procedure, Rule 2. **Black's Law Dictionary, 5th edition, page 587.**

¶**15.** This plaintiff did not understand that *with legislative authority the parties can be tried summarily.* The common law is a stranger to such summary proceedings, and are special, not general, according to the common law.

¶**16.** This plaintiff did not understand that legal fictions, a.k.a. corporations, CANNOT open the "Districts Courts of the United States". Legal fictions can open the "UNITED STATES DISTRICT COURTS".

¶**17.** This plaintiff demanded an Article III Court, Article III Judge and Article III Jury, which was stricken from the record. I now know why..This was not Article III jurisdiction. I was "Out of Court" in the wrong jurisdiction.

¶**18.** This led to this question: "Who pays the "UNITED STATES DISTRICT COURTS?" The de jure Government or private corporations? Why was the filing fee discharged in "bills of credit"? Were those "bills of credit" governmental or private corporations' bills of credit? Who are those "bills of credit" drawn on? De Jure Government or private corporations? Could it be from the fiscal depository agent of The Bank and The Fund that is financing and subsidizing the "UNITED STATES DISTRICT COURT"? If that is a fact, then the "UNITED STATES DISTRICT COURT" has nothing to do with the de jure "United States".

¶**19.** So, how does this plaintiff get a remedy? Why did the "UNITED STATES DISTRICT COURT" allow plaintiff's complaint to be filed in the first place? It seems to this pro se that I must pay the filing fee in lawful money of account in the

"District Court of the United States", under the common law, in an at law action for the crimes that all defendants have admitted in their personal capacities, not in some artificial character, fiction of law, such as the "STATE OF ARIZONA" (spelled in all upper case letters), which is somebody's private corporate interest.

¶20. This plaintiff demands that the defendants be prosecuted for their crimes. They all admitted all claims in the Amended Complaint. This plaintiff demands a court order ordering the Attorney General of the United States Merrick B. Garland to prosecute the defendants for their crimes.

¶21. Under the doctrine of **Misprision of Felony, this plaintiff gives notice that** all defendants work for a de facto operation within the de jure "State of Arizona", and who have declared war against the de jure. All the defendants are internationals. This includes the police, courts, commissioners called judges, private prosecutors, public defenders and corrections are all [1] INTERPOL, which is the United Nations organization.

¶22. As soon as the defendants arrested this plaintiff, they slapped the hand cuffs on then, and then wanted my finger prints, etc. Where did they put my finger prints?... Into the N.C.B., that's the National Central Bureau's computer. And where did that go to?… INTERPOL? When the defendants finally convicted me, the defendants attempted to extort "Bills of Credit". Who's "Bills of Credit?... The International Monetary Funds foreign obligations!!!

¶23. The defendants have admitted to dissolving the de jure "State of Arizona" governmental structure. *This plaintiff has declared the de jure against the de facto. The defendants cannot declare the de facto against the de jure, once it appears, because that is out and out overthrow and treason.*

¶24. This plaintiff demands that all defendants must be removed from supposed public office. My demanding that all defendants be removed is this plaintiff's duty to reestablish the de jure governmental structure and social order.

---

1 **Interpol.** International Criminal Police Organization; a coordinating group for international law enforcement. **Black's Law Dictionary, 5th edition, page 733.**

¶25. The courts, all being run by Attorneys, are closed private union shops.   The political power of "We The People" is not vested in "We The People"!!!   The Attorney defendants, including yet not limited to the "STATE BAR OF ARIZONA", have granted special privileges, immunities, or franchises by rule making, which has usurped the public power of "We The People"!!! This is also called Titles of Nobility, such as "esquire", in which "Attorney" is just under a "knight", which is being ***prom non judice, which is "not before a judge" in a legal proceeding.  Not being a judge who is conducting a*** q*uisi judicial agency* activity and proceedings *that seem judicial yet conducted by a person other than a judge done in "Summary Fashion", being judicial in character yet not within the judicial power or functions as constitutionally defined, which amounts to quasi-judicial review.*

¶26.  Plaintiff recognized that this court is operating in "Summary Fashion".   Under Rule 52 this plaintiff demands judicial determinations, and conclusion of law and fact, to support dismissal of defendants **Karen Calcagno, Jim Lee, and Jackie Brokaw** according to the Administrative and Procedural Act, 79-404, 60 Statute 237, enacted June 11, 1946. Rule 52, which reads as follows:

### Rule 52 – Findings and Conclusions by theCourt: Judgment on Partial Findings.

(a) **Findings and Conclusions**.

(1) *In General.* In an action tried on the facts without a jury or with an advisory jury, the court must find the facts specially and state its conclusions of law separately. The findings and conclusions may be stated on the record after the close of the evidence or may appear in an opinion or a memorandum of decision filed by the court. Judgment must be entered under **Rule 58.**

(2) *For an Interlocutory Injunction.* In granting or refusing an interlocutory injunction, the court must similarly state the findings and conclusions that support its action.

(3) *For a Motion.* The court is not required to state findings or conclusions when ruling on a motion under **Rule 12** or **56** or, unless these rules provide otherwise, on any other motion.

(4) *Effect of a Master's Findings.* A master's findings, to the extent adopted by the court, must be considered the court's findings.

(5) *Questioning the Evidentiary Support.* A party may later question the sufficiency of the evidence supporting the findings, whether or not the party requested findings, objected to them, moved to amend them, or moved for partial findings.

(6) *Setting Aside the Findings.* Findings of fact, whether based on oral or other evidence, must not be set aside unless clearly erroneous, and the reviewing court must give due regard to the trial court's opportunity to judge the witnesses' credibility.

(b) **Amended or Additional Findings**. On a party's motion filed no later than 28 days after the entry of judgment, the court may amend its findings—or make additional findings—and may amend the judgment accordingly. The motion may accompany a motion for a new trial under **Rule 59.**

(c) **Judgment on Partial Findings**. If a party has been fully heard on an issue during a nonjury trial and the court finds against the party on that issue, the court may enter judgment against the party on a claim or defense that, under the controlling law, can be maintained or defeated only with a favorable finding on that issue. The court may, however, decline to render any judgment until the close of the evidence. *A judgment on partial findings must be supported by findings of fact and conclusions of law as required by* **Rule 52(a).**

## II.   The Plaintiff Asks The Court To Render a Summary Judgment Against Defendant  Karen Calcagno, Jim Lee, and Jackie Brokaw

¶**27.** Plaintiff asks the court to render a summary judgment against the defendants **Karen Calcagno, Jim Lee, and Jackie Brokaw,** as authorized by Local Rules of Civil Procedure 56.1(b) in plaintiff's favor. Further, the plaintiff moves for an order granting final summary judgment against **Karen Calcagno, Jim Lee, and Jackie Brokaw**.

## III.  Summary Judgment Is Proper.

¶**28.** Summary judgment is proper in this case because there is no genuine issue of material fact, and because Carolin Isabelle Hauser is entitled to judgment as a matter of law.

¶**29.** Specifically, this motion is based on the fact that **Karen Calcagno, Jim Lee, and Jackie Brokaw,** by and through their agent Attorney Lisa T. Hauser (#006985), never answered plaintiff's Complaint ***BEFORE*** they admitted all claims, all

1   allegations in their (Doc. 82) Motion 12(B)(6), Motion to Dismiss, under Rule 12(b)

2   (6).

3

4                              **Verification.**

5

6   I, Carolin Isabelle Hauser, Declarant, am the identified party in the above – entitled

    **Declared Witnessed Testimony of Carolin Isabelle Hauser.  Statement of Facts in**

7   **Supported of Plaintiff's Notice and Motion for Summary Judgment.** The

    Asseverant having read the foregoing **Declared Witnessed Testimony of Carolin**

8   **Isabelle Hauser.   Statement of Facts in Supported of Plaintiff's Notice and**

9   **Motion for Summary Judgment.** and know the contents thereof. I declare that the

    above is correct and certain to the best of my knowledge.

10

11  I make this Asseveration with all my mental faculties intact and in good health, not

12  under the influence of drugs, nor under undue influence exerted against my will and

    over my objections.  I herein declare:

13

14     1.  THAT I'm competent to state to the matters set forth herein.
       2.  THAT I have personal knowledge of the facts stated herein.

15     3.  THAT all the facts stated herein are correct and certain to the best of my

16          knowledge, are admissible as evidence, and if called upon as a witness, I will

            testify to their veracity.

17

18  Dated: August 6, 2021.

19  Respectfully Submitted,

20

21  _Carolin Isabelle Hauser_

22  Carolin Isabelle Hauser
    Plaintiff, pro se

23

24  Witnessed By:

25

26  _____          _____
    Michael Willis Chase                    Steven Lee McMillan

27

28

1

## Certificate of Service.

2

3  I the undersigned, do hereby certify that I hand-delivered original copies of this
correct and complete signed and sealed Declared Witnessed Testimony of Carolin
4  Isabelle Hauser dated the 6th day of August, 2021, to the U.S. Postal Service at 190
W. State Route 89A, Sedona, Arizona 86336, to the following parties by certified mail
5  return receipt August 6, 2021.

6

7  Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4404  4481
8  To:   James A. Teilborg
       **SENIOR UNITED STATES DISTRICT JUDGE**
9      CLERK, UNITED STATES DISTRICT COURT
10        401 W. Washington, Street, SPC -1,
          Phoenix, Arizona 85003-2118
11

12  Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4404  4504
13  To:   James F. Metcalf
       **UNITED STATES MAGISTRATE JUDGE**
14     CLERK, UNITED STATES DISTRICT COURT
15        401 W. Washington, Street, SPC -1,
          Phoenix, Arizona 85003-2118
16

17  Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4403  8404
18  To:   Johnnie B. Rawlinson, Circuit Judge
       **UNITED STATES COURT OF APPEALS**
19     Molly C. Dwyer, CLERK, U.S. COURT OF APPEALS
       95 7th Street,
20     San Francisco, California 94103
21     (415) 355-8000
22

23  Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4403  8435.
24  To:   Consuelo Maria Callahan, Circuit Judge
       **UNITED STATES COURT OF APPEALS**
25     Molly C. Dwyer, CLERK, U.S. COURT OF APPEALS
       95 7th Street,
26     San Francisco, California 94103
27     (415) 355-8000
28

1

2

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4404  4467

3

To:   Lawrence James Christopher Vandyke, Circuit Judge
      **UNITED STATES COURT OF APPEALS**

4

Molly C. Dwyer, CLERK, U.S. COURT OF APPEALS
95 7th Street,

5

San Francisco, California 94103

6

(415) 355-8000

7

8

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4403  8466

9

To:   Lisa T. Hauser (#0o6985)
      **Law Offices of BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

10

2325 East Camelback Road, Suite 300

11

Phoenix, Arizona 85016

(602) 274-1100

12

**(lhauser@bffb.com**

13

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000

14

4404  5655

To:   **The United Nations** (The U.N.),

15

Antonio Guiterres, Secretary-General

16

Information Centres Service
Strategic Communications Division

17

Department of Public Information

18

United Nations 405 E.42ndSt.,1st Avenue, New York City,
New York, United States 10017-3507

19

20

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4404  5624

21

To:   **The International Monetary Fund** (The Fund),
Janet L. Yellen

22

Secretary of the Treasury, and/or The alien corporate Governor of The Fund

23

and/or Governor of The Bank (The International Bank For Reconstruction And
Development)

24

700 19th Street, N.W.,

25

Washington, D.C. 20431
Phone: 202–623–7000

26

Fax: 202–623–4661

27

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000

28

4404  8626

---

To:    The **International Bank For Reconstruction And Development (The Bank),**
David R. Malpass
President of The World Bank Group
1818 H Street, NW
Washington, DC 20433 USA
Phone: 202–473–1000
Fax: 202–477–6391

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4403  8602
To:    **INTERPOL Washington**
Michael A. Huges, Director
U.S. National Central Bureau
Department of Justice
Washington, DC 20530-0001

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4403  8565
To:   Executive Office for United States Attorney General
**United States Department of Justice**
Merrick B. Garland - <u>United States Attorney General</u>
950 Pennsylvania Avenue, NW, Room 2242
Washington, DC 20530-0001

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4403  4680
To:    **The American Bar Association**; a Corporation, et. al.
321 North Clark Street
Chicago, Illinois 60610
Phone: 312-988-5000
Fax: 312-988-5677

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4403  8534
To:  Commandant of the Marine Corps
**General David H. Berger**
Headquarters, US Marine Corps
3000 Marine Corps, Pentagon
Washington, DC 20350-3000
Phone: 703-614-2500

Served Via United States Postal Service Via US Certified Mail #7020  1290  0000
4403  8497

To:   Steven Lee McMillan
      2675 State Route 89A, #1111
      Sedona, Arizona 86336
      (520) 921-9146
      bringtheworldtome@yahoo.com

I, the undersigned autographed, do hereby certify that I did serve a correct copy of the foregoing documents via United States Postal Service via US Certified Mail on August 6, 2021.

_____

Michael Willis Chase, non-negotiable autograph

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I did hand deliver **two** true and correct originals of the foregoing document, **Plaintiff, Carolin Isabelle Hauser's STATEMENT OF FACTS, MEMORANDUM OF LAW AND MOTION FOR SUMMARY JUDGMENT, and PROPOSED COURT ORDER** on this 6th day of August, 2021 to the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA COURT CLERK located at, 401 W. Washington Street, Phoenix, Arizona 85003.

Further, the undersigned, certify that I did hand deliver **two** true and correct originals, to be file-stamped, as Declarant's property, dated August 6, 2021 on August 6, 2021, to the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA COURT CLERK located at, 401 W. Washington Street, Phoenix, Arizona 85003.

Further, the undersigned, certify that I did hand deliver **one** true and correct originals, to be file-stamped, dated August 6, 2021 on August 6, 2021, to the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA COURT CLERK located at, 401 W. Washington Street, Phoenix, Arizona 85003.  To be mailed certified return receipt requested to Lisa T. Hauser (#006985), at 2325 East Camelback Road, Suite, Phoenix, Arizona 85016.

_____

Carolin Isabelle Hauser