**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Carolin Isabelle Hauser,

Plaintiff,

v.

Elijah M Smith, et al.,

Defendants.

No. CV-20-08138-PCT-JAT

**ORDER**

Defendants have filed a Motion for Attorneys Fees (Doc. 145) pursuant to Federal Rule of Civil Procedure 54[1] and this Court's January 5, 2022, Order (Doc. 144).

## NOTICE—WARNING TO PLAINTIFF

*CONSISTENT WITH NINTH CIRCUIT LAW, THIS NOTICE IS BEING GIVEN TO YOU BY THE COURT*[2]

The Defendants' Motion for Attorneys Fees seeks to impose a fee award of $15,033.75 on you as a sanction for failing to prosecute your case, as detailed in Judge Metcalf's Report & Recommendation (Doc. 140), adopted in this Court's January 5, 2022, Order (Doc. 144). A motion for attorneys fees under Rule 54 of the Federal Rules of Civil Procedure will, if granted, impose a judgment against you and require you to pay for the entire cost of the attorneys fees awarded to Defendants.

---

[1] While Defendants cite to L.R. Civ. 54(b)(2) for authority, L.R. Civ. 54(a) expressly excludes "claims for attorneys' fees and related expenses for violations of the Federal Rules of Civil Procedure" from its scope. Regardless of which Rule 54 applies, the motions practice in this case is governed by L.R. Civ. 7.2.
[2] *Rand v. Rowland*, 154 F.3d 952, 962 (9th Cir. 1998) (*en banc*).

As with other motions filed in this Court, you are entitled to file a response to Defendants' Motion for Attorneys Fees that opposes the request and identifies your specific objections with the contents of the motion and/or the requested fees.

Local Rule of Civil Procedure 7.2 sets forth the requirements for motions and responsive filings. L.R. Civ. 7.2. If you fail to respond to Defendants' Motion for Attorneys Fees within 14 days of the date of this Order, the Court will consider your failure to respond to be your consent to the motion being granted under Local Rule 7.2(i). The Court cautions that without Plaintiff's responsive filing, "the Court may dispose of the motion summarily," as allowed by the Local Rules. L.R. Civ. 7.2(i). Per Local Rule 7.2(e), your responsive motion and any supporting memorandum are limited to 17 pages total, excluding any attachments thereto. L.R. Civ. 7.2(e).

Accordingly,

**IT IS ORDERED** that Plaintiff must file a response to Defendants' Motion for Attorneys Fees, including arguments in opposition of the requested fees and any supporting evidence, no later than 14 days from the date of this Order.

**IT IS FURTHER ORDERED** that Defendants may file a reply within 7 days after service of Plaintiff's response.

**IT IS FURTHER ORDERED** that Defendants' Motion for Attorneys Fees will be deemed ready for decision on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 25th day of February, 2022.

James A. Teilborg
Senior United States District Judge